IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JOSE CASILDO ROSAS,<br><br>                Defendant. | **8:21CR230**<br><br>**ORDER** |

    This matter is before the Court on the government's Motion to Dismiss Defendant from Indictment (Filing No. 7) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests the Indictment be dismissed without prejudice as to defendant Jose Casildo Rosas.

    The motion is granted, and the Indictment against Jose Casildo Rosas is dismissed without prejudice.

    IT IS SO ORDERED.

    Dated this 30th day of January 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge